15 BL/BSC
#3
NO FEE/NO IFP

72236-050
Number/Alien Registration Number

FCI Loretto
Place of Confinement

Po Box 1000
Mailing Address

Cresson, PA 16630
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT WESTERN DISTRICT OF PENNSYLVANIA

Narsan Lingala
(Full Name of Petitioner)

Petitioner,

Case No. 3:24-cv-286
(To be supplied by Clerk)

Colette Peters, Director
Michael Underwood, Warden
(Name of Warden, Jailor or authorized person having custody of Petitioner)

Petitioner Under 28 U.S.C. § 2241
For a Writ Of Habeas Corpus
By a Person In Federal Custody

Respondent.

FILED
DEC 0 9 2024
CLERK U.S. DISTRICT COURT
WEST DIST OF PENNSYLVANIA

### PETITION

1. What are you challenging in this petition?
   ☐ Bureau of Prisons sentence calculation or loss of good-time credits
   ☐ Immigration detention
   ☐ Probation, parole or supervised release
   ☒ Other (explain): _____

2. (a) Name and location of the agency or court that made the decision you are challenging: US District Court for the District of New Jersey

   (b) Case or opinion number: 3:19-cr-00110

   (c) Decision made by the agency or court: The Court executed and imposed a sentence derived from an illegal search and seizure, a Fourth Amendment violation of the US Constitution.

1

    (d) Date of the decision: __May 10, 2022__

3. Did you appeal the decision to a higher agency or court? Yes ☐ No ☐

    If yes, answer the following:

    (a) First appeal: BP-8

        (1) Name of the agency or court: __FCI Loretto__

        (2) Date you filed: __October 27, 2024__

        (3) Opinion or case number: __n/a__

        (4) Result: __Failed to respond__

        (5) Date of result: __n/a__

        (6) Issues raised: __see Exhibit 1__

    **Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

    (b) Second appeal: n/a

        (1) Name of the agency or court: __n/a__

        (2) Date you filed: __n/a__

        (3) Opinion or case number: __n/a__

        (4) Result: __n/a__

        (5) Date of result: __n/a__

        (6) Issues raised: __n/a__

    **Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

    (c) Third appeal: n/a

        (1) Name of the agency or court: __n/a__

(2) Date you filed: N/A

(3) Opinion or case number: N/A

(4) Result: N/A

(5) Date of result: N/A

(6) Issues raised: N/A

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

4. If you did not appeal the decision to a higher agency or court, explain why you did not: With respect to exhaustion of administrative remedies, in Millhouse v Heath, 19-2338 (3rd Cir 2020), the Court held that a non-response on a BP-8 renders the administrative remedy process unavailable. See also Blevins v FCI Hazelton, 819 F Appx 853, 856 (11th Cir 2020)(saying though an inmate 'must exhaust available remedies,' he 'need not exhaust unavailable ones.' Quoting Ross v Blake, 578 US 632, 642 (2016))

5. Other than the appeals listed above, have you filed any other petitions, applications or motions concerning the issues raised in this petition?

Yes ☐
No ☒

If yes, answer the following:

(a) Name of the agency or court: N/A

(b) Date you filed: N/A

(c) Opinion or case number: N/A

(d) Result: N/A

(e) Date of result: N/A

(f) Issues raised: N/A

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

6. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

3

**CAUTION:** <u>To proceed in the federal court, you must ordinarily first exhaust (use up) your available administrative remedies on each ground on which you request action by the federal court.</u>

**GROUND ONE:** The Fourth Amendment gives protection against unlawful searches and seizures, and its protection applies to government action. Evidence obtained by an illegal search and seizure is not admissible in a federal court against an accused where a timely application was made to suppress/exclude the evidence. The warrant used to obtain the information had the wrong phone number on it, and was signed by a judge who had long since retired.

(a) **Supporting FACTS** (Do not argue or cite law. Just state the specific facts that support your claim.):
  See Affidavit

(b) Did you exhaust all available administrative remedies relating to Ground One? Yes ☐ No ☒

(c) If yes, did you present the issue to:
  ☐ The Office of General Counsel
  ☐ The Board of Immigration Appeals
  ☐ The Parole Commission
  ☐ Other: _____

(d) If you did not exhaust all available administrative remedies relating to Ground One, explain why:

4

N/A

**GROUND TWO:** N/A

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):
N/A

(b) Did you exhaust all available administrative remedies relating to Ground Two? Yes ☐ No ☐ N/A

(c) If yes, did you present the issue to: N/A

☐ The Office of General Counsel
☐ The Board of Immigration Appeals
☐ The Parole Commission
☐ Other: __N/A__

(d) If you did not exhaust all available administrative remedies relating to Ground Two, explain why: __N/A__

**GROUND THREE:** __N/A__

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.): __N/A__

(b) Did you exhaust all available administrative remedies relating to Ground Three? Yes ☐ No ☐   N/A

(c) If yes, did you present the issue to:
   ☐ The Office of General Counsel
   ☐ The Board of Immigration Appeals
   ☐ The Parole Commission
   ☐ Other: _____ N/A

(d) If you did not exhaust all available administrative remedies relating to Ground Three, explain why: N/A

**GROUND FOUR:** N/A

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.): N/A

N/A

(b) Did you exhaust all available administrative remedies relating to Ground Four? Yes ☐ No ☐ N/A

(c) If yes, did you present the issue to:
☐ The Office of General Counsel
☐ The Board of Immigration Appeals
☐ The Parole Commission
☐ Other: N/A

(d) If you did not exhaust all available administrative remedies relating to Ground Four, explain why: N/A

**Please answer these additional questions about this petition:**

7    Are you challenging your conviction or sentence in any of the grounds raised above? Yes ☐ No ☐ (Claims challenging a federal conviction or sentence may only be raised in a motion under 28 U.S.C. § 2255, unless the § 2255 motion is legally inadequate or ineffective.)    N/A

If yes, answer the following:

(a)    Have you filed a motion under 28 U.S.C. § 2255? Yes ☐ No ☐    N/A

If yes, answer the following:

(1) Name of court: N/A

(2) Case number: N/A

(3) Opinion or case number: N/A

(4) Result: N/A

(5) Date of result: N/A

8

(6) Issues raised: N/A

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

(b) Explain why the remedy under § 2255 is inadequate or ineffective: N/A

8. If this case concerns immigration removal proceedings, answer the following:

    (a) Date you were taken into immigration custody: N/A

    (b) Date of removal or reinstatement order: N/A

    (c) Did you file an appeal with the Board of Immigration Appeals? Yes ☐ No ☐ N/A

        (1) Date you filed: N/A

        (2) Case number: N/A

        (3) Result: N/A

        (4) Date of result: N/A

        (5) Issues raised: N/A

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

    (d) Did you file an appeal with the federal court of appeals?
Yes ☐ No ☐ N/A

        (1) Name of the court: N/A

        (2) Date you filed: N/A

        (3) Case number: N/A

        (4) Result: N/A

(5) Date of result: N/A

(6) Issues raised: N/A

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

9. Petitioner asks that the Court grant the following relief: The Petitioner believes his Fourth Amendment right to be free of illegal search and seizure was violated, and the illegally obtained evidence that was used to convict him. Given the fact that the Court simultaneously imposes and executes a sentence when it executes the punishment provision within a statute. The BOP can only carry out a sentence executed by the Court, in this case a sentence derived from or any other relief to which Petitioner may be entitled. (Money damages are not available in habeas corpus cases.) a Constitutional violation. Therefore the Petitioner asks the Court to ORDER Respondents to answer within 30 days as to why relief should not be GRANTED.

I declare under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on December 5, 2024 (month, day, year).

_____
**Signature of Petitioner**
Narsan Lingala

_____   December 5, 2024
Signature of attorney, if any          Date

10

Clerk of the Court
US District Court
319 Washington St.
Room 208
Johnstown, PA 15901

December 5, 2024

in re: New 2241 Filing

Dear Sir/Madam:

I have enclosed a new filing for 2241 with the necessary documentation. Please be advised that I am proceeding pro se and in forma pauperis.

I appreciate your consideration and await your reply.

Sincerely,

x _____
Narsan Lingala