**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| NARSAN LINGALA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:24-286 |
| | ) | Judge Nora Barry Fischer |
| COLETTE PETERS, DIRECTOR, BOP, | ) | Magistrate Judge Christopher B. Brown |
| WARDEN MICHAEL UNDERWOOD, | ) | |
| | ) | |
| Respondents. | ) | |

**<u>MEMORANDUM ORDER</u>**

AND NOW, this 16th day of March, 2026, upon consideration of the Report and Recommendation filed by United States Magistrate Judge Christopher B. Brown on July 21, 2025, (Docket No. 19), recommending that the § 2241 habeas petition filed by Petitioner Narsan Lingala be dismissed without prejudice because he has filed a § 2255 before the sentencing court in the U.S. District Court for the District of New Jersey raising the same or similar issues challenging his conviction and sentence, and further noting that objections for non-ECF users such as Petitioner were due by August 8, 2025, and the timely objections filed by Petitioner on August 8, 2025, (Docket No. 20), this matter having been recently reassigned to the undersigned for prompt disposition of the matter, and upon independent review of the record and de novo consideration of the Magistrate Judge's July 21, 2025 Report and Recommendation, (Docket No. 19),

IT IS HEREBY ORDERED that Petitioner's Objections [20] are OVERRULED, for the reasons set forth in the Report and Recommendation. In addition, the Court notes that the § 2255 proceedings in the U.S. District Court for the District of New Jersey remain pending with the Government submitting a brief in opposition on October 1, 2025. *See Lingala v. United States*,

1

Civil. No. 3:25-cv-03641-GC, Docket No. 9 (D. N.J. 2025); *see also In re Banks*, 450 F. App'x 155, 156 (3d Cir. 2011) ("with regard to his § 2255 motion, we take judicial notice that his District Court docket reflects significant activity since its filing."). Petitioner has also made several additional filings. *See Lingala* at Docket Nos. 11, 13, 14, 15, 16. Hence, dismissal of this § 2241 petition, without prejudice, remains appropriate.;

IT IS FURTHER ORDERED that the Report and Recommendation dated July 21, 2025 [19] is ADOPTED as the Opinion of this Court;

IT IS HEREBY ORDERED that the § 2241 Petition [8] is dismissed, without prejudice to Petitioner's pursuit of the § 2255 petition in the U.S. District Court for the District of New Jersey;

IT IS FURTHER ORDERED that no certificate of appealability shall issue, *see Goodloe v. Warden Lewisburg USP*, 2025 WL 342189, *1, n.1 (3d Cir. 2025) (citing *Reese v. Warden Phila. FDC*, 904 F.3d 244, 246 (3d Cir. 2018) ("a federal prisoner challenging the denial of a § 2241 petition, he need not obtain a certificate of appealability"); and,

IT IS FURTHER ORDERED that an appropriate Judgment follows.

s/Nora Barry Fischer
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf: Magistrate Judge Christopher B. Brown
cc:    NARSAN LINGALA
       BOP #72236050
       FCI LORETTO
       Inmate Mail/Parcels
       P.O. BOX 1000
       CRESSON, PA 16630 (via first class mail)

2